UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL GORGA, et al.,

                              **Plaintiffs,**

        -against-

CITY OF NEW YORK,

                              **Defendant.**

------------------------------------------------------------------X

22-CV-08638 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

On April 10, 2023, the parties reported to the then-presiding Hon. Jennifer H. Rearden that they had reached an agreement on their settlement of this Fair Labor Standards Act case. On April 21, 2023, the parties consented to my jurisdiction. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by May 31, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 1, 2023
                New York, New York